```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WARREN D. MATTHEI            :    CIVIL ACTION
                             :
        v.                   :
                             :
JOSEPH V. SMITH, et al.      :    NO. 2002-4696
```

### ORDER

AND NOW, this ____ day of July, 2002, it is hereby ORDERED that Chief Judge Giles is RECUSED.

It is FURTHER ORDERED that the Clerk of the Court shall forthwith transmit the file in the above-captioned matter, transferred here from the District of New Jersey, to the Chief Judge of the Circuit with a request that it be assigned to a judge outside this District.

BY THE COURT:


_____
JAMES T. GILES          C.J.


copies by FAX on
to