IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN D. MATTHEI,<br><br>Plaintiff,<br><br>v.<br><br>JAMES T. GILES, et al.,<br><br>Defendants. | CIVIL ACTION NO. 02-CV-4696 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Warren D. Matthei, hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

WARREN D. MATTHEI
Plaintiff (pro se)

Dated: May 31, 2006